# MILITARY TIME CHART

**Midnight (12:00 AM) -- 0000 hrs**
| | | |
|---|---|---|
| 1:00  | AM -- | 0100 hrs |
| 2:00  | AM -- | 0200 hrs |
| 3:00  | AM -- | 0300 hrs |
| 4:00  | AM -- | 0400 hrs |
| 5:00  | AM -- | 0500 hrs |
| 6:00  | AM -- | 0600 hrs |
| 7:00  | AM -- | 0700 hrs |
| 8:00  | AM -- | 0800 hrs |
| 9:00  | AM -- | 0900 hrs |
| 10:00 | AM -- | 1000 hrs |
| 11:00 | AM -- | 1100 hrs |
| 12:00 | PM -- | 1200 hrs |
| 1:00  | PM -- | 1300 hrs |
| 2:00  | PM -- | 1400 hrs |
| 3:00  | PM -- | 1500 hrs |
| 4:00  | PM -- | 1600 hrs |
| 5:00  | PM -- | 1700 hrs |
| 6:00  | PM -- | 1800 hrs |
| 7:00  | PM -- | 1900 hrs |
| 8:00  | PM -- | 2000 hrs |
| 9:00  | PM -- | 2100 hrs |
| 10:00 | PM -- | 2200 hrs |
| 11:00 | PM -- | 2300 hrs |


EXHIBIT 1