

## Planet **Depos**
We Make It *Happen*℠

# Transcript of Sophia Smith, M.D.

**Date:** July 19, 2018
**Case:** Williams -v- United States of America, et al.

Planet Depos
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

**EXHIBIT**
tabbies
**2**

Transcript of Sophia Smith, M.D.
Conducted on July 19, 2018

**9**

1  20010.
2    Q   I'm sorry, what was the street address?
3    **A   My home?**
4    Q   For the work.
5    **A   111 Michigan Avenue.**
6    Q   Is that the main address?
7    **A   Main address, yes.**
8    Q   And have you ever worked at the United
9  Medical Center address?
10   **A   Yes.**
11   Q   When was that?
12   **A   We work there all the time, so we**
13 **transfer between both 111 Michigan Avenue and the**
14 **1310 Southern Avenue, Washington, D.C., and that is**
15 **all I know.**
16   Q   Uh-huh.  But we're talking about one at
17 United Medical Center?
18   **A   United Medical Center, correct.**
19   Q   And for how long have you been working in
20 both locations?
21   **A   Since 2011.**
22       MS. EVANS:  Let's mark this as 1 and this

**10**

1  as 2.
2        (Deposition Exhibit Numbers 1 and 2 were
3  marked for identification.)
4  BY MS. EVANS:
5    Q   Dr. Smith, let me show you what we've
6  marked as Exhibit Number 1 and show you also what
7  we've marked as Exhibit Number 2, and as I
8  understand from Ms. Deese, these reflect the
9  documents that were sent to you regarding Mr.
10 Williams?
11   **A   Yes, they were.**
12   Q   Okay.  Can you -- and I've got a
13 highlight here.  Would you highlight what you
14 actually reviewed?
15   **A   Well, I reviewed on the Exhibit Number 2**
16 **— this actually reflects everything that's already**
17 **in the tablets, so it's actually equal to both**
18 **sides, but --**
19   Q   Uh-huh.
20   **A   — what I have reviewed is going to be**
21 **probably everything on this — I can just highlight**
22 **— let's see.  That's going to be —**

**11**

1    Q   So you've highlighted everything on
2  Exhibits 1 and 2 as documents that you actually
3  reviewed?
4    **A   Yes, I reviewed — there's pieces of --**
5  **of information, you know, like laboratory that were**
6  **kind of piecing each one of the areas, so it depend**
7  **on what part of the dates, those are all of the**
8  **documents I've looked at.**
9    Q   Okay.  Now, did you make any notes, and I
10 mean at the time in 2014, did you make any notes in
11 any of these records that we've identified on
12 Exhibit 1 and Exhibit 2?
13   **A   I don't understand your answer.  Notes**
14 **meaning —**
15   Q   Did you make any progress notes or write
16 any physician's orders?
17   **A   There's a note from me, yes.  There's**
18 **actually two notes from myself.**
19   Q   Okay.  Tell me, in which documents are
20 the notes?
21   **A   The first note's going to be in -- this**
22 **is the August 5th admit date when he came to the**

**12**

1  emergency room.
2    Q   Uh-huh.  In 2013?
3    **A   2013, correct.**
4        MS. DEESE:  August?
5    **A   This is August 5th.**
6    Q   Yeah, 8/13.
7        MS. DEESE:  '13.  I got it.
8    **A   8/5/13, and then the second time would**
9  **have been the in-between addendum note that took**
10 **place on 10/3, 10/4, in between that time, the 10/4**
11 **admission.**
12   Q   Okay.  Tell me what page.
13   **A   I'm sorry, that's — okay, that's going**
14 **to be page 190 — 199, 199.**
15   Q   CNMC ER --
16   **A   199, and the first one would have been**
17 **page CNMC ER 230.**
18       MS. EVANS:  Let's mark this Exhibit
19 Number 3.
20       (Deposition Exhibit Number 3 was marked
21 for identification.)
22 BY MS. EVANS:

Transcript of Sophia Smith, M.D.
Conducted on July 19, 2018

---

33

1    Q    So you believe there were a total of
2  five?
3    **A    Five, yeah.**
4    Q    And you saw -- you saw five, is that
5  right, or --
6    **A    I saw about — I would say I saw about**
7  **three or four by myself.**
8    Q    Plus the one --
9    **A    Plus the one with him would be a total of**
10 **five that I saw.**
11   Q    Okay.
12   **A    And he may have seen one by himself.**
13   Q    And how long did each spasm last?
14   **A    Less than two minutes.**
15   Q    Somewhere between one to two minutes?
16   **A    One to two minutes, yes.**
17   Q    Now, I saw in the chart that you
18 prescribed Valium for him.  What was the purpose of
19 prescribing Valium?
20   **A    At that time, because he was having these**
21 **spasms, and I was concerned that it may just be**
22 **purely muscle spasms.  We use Valium to relax**

---

34

1  **muscles, and I wanted to see if that would give him**
2  **any relief.**
3    Q    Did it?
4    **A    I think briefly it did, but then the**
5  **spasms returned, so I knew then that that was not**
6  **at all helping him.**
7    Q    Were the spasms of the same length or
8  were they getting longer?
9    **A    I don't recall.**
10   Q    Did they get worse over time?
11   **A    I will say they were -- they were**
12 **probably all as -- equally intense because of the**
13 **change in vital signs that we saw going on, always**
14 **the same heart rate increase, always the same blood**
15 **pressure increase, always the same screaming.**
16   Q    And was his mother present when he was
17 having these spasms?
18   **A    I will say she was there.  I don't recall**
19 **if she was there for all of them, but she**
20 **definitely observed a few with us, and that's when**
21 **I went to questioning him and trying to determine**
22 **what other possibilities might be going on with**

---

35

1  **him.**
2    Q    And what did you question him about?
3    **A    As I always do when it comes to**
4  **teen-agers, I ask the patients to leave the room,**
5  **and then I go through my sexual history, my drug**
6  **history very clearly.  So I would have asked him --**
7  **and this is where he and I got into a very heated**
8  **discussion. I asked him are you sexually active,**
9  **yes or no.  I asked him -- I would ask them -- and**
10 **this is very routine on all my teen-agers.  Are you**
11 **sexually active, yes or no?  Are you sexually**
12 **active with same sex or opposite sex? I asked him**
13 **about how many partners, are you using protection,**
14 **not protection, are you using any objects that we**
15 **should know about for sex toys.**
16   **We talk about the use of drugs, are you**
17 **smoking, snorting, eating, injecting, sniffing,**
18 **anything that we should know about with drugs.  And**
19 **that's routine, and then of course anything else**
20 **would come up.  That's my routine of all my**
21 **questions, and then questioning him about all this,**
22 **this is when he and I got into a quite heated**

---

36

1  **discussion.**
2        **He became quite adamant and ossified in**
3  **his response to me when I was going through his**
4  **sexual history, he — that's when he was much more**
5  **awake.  He was not having any spasms, but began**
6  **screaming back at me very adamant about him not**
7  **being sexually active, being very clear that I am**
8  **not — I am a virgin, I have not — I have not had**
9  **any sex at all, I'm not -- I told him look, this is**
10 **-- as I do all my teen-agers, this is just you and**
11 **I in a room together.  There's nobody else, you**
12 **know, here.  I don't share this information with**
13 **your family.  I need to know what's going on.  What**
14 **are you doing?**
15       **And again, he and I went back and forth,**
16 **and it got such a heated screaming, one of the**
17 **nurses came in the room, said Dr. Smith, are you**
18 **okay?  What's going on?  And I said nothing, we're**
19 **good, don't worry about it.  I said we're just**
20 **having a nice discussion here about Hellvon.  And**
21 **she walks out of the room, and I looked at him**
22 **and said I need these tests, you got to level**

---

Transcript of Sophia Smith, M.D.

Conducted on July 19, 2018

10 (37 to 40)

---

**37**

1 with me and tell me what really is going on, are
2 you using anything, are you taking anything, have
3 you been involved with anything, and so as we kept
4 going back and forth and he was screaming very
5 clearly, and again, very -- and righteous
6 indignation, he was I am not at all sexually
7 active.
8       So I said look, we're going to get these
9 tests because I need to know what's going on.
10 These spasms were happening, nothing is clear.  The
11 laboratory values are not pointing me at anything a
12 hundred percent here.  I need more information, and
13 at that point in time with my persistence, which I
14 do a lot with the teen-agers.
15       They actually use me a lot to make sure I
16 get the kids to really hear that we're here to help
17 them and not to hurt them.  He then agreed that he
18 will let me do the oral HIV test on him as well as
19 a urine -- and I told him I was -- I had told him
20 already I was running a urine drug screen.  I
21 didn't need to ask him that question, but I told
22 him I was going to run it anyway.

**38**

1    Q    Uh-huh.  What room were you in with him
2 when you had these discussions?
3    A    I don't recall.  Room 5 or room 6.  I
4 don't know what that corner where we were.
5 Somewhere in that corner over there.  I don't know
6 the room number.
7    Q    Did you say a corner room?
8    A    I said I think -- I don't recall exactly.
9 I said I think it was one of the corner rooms.
10    Q    What else do you recall that's not
11 written down?
12    A    We had discussions -- that -- probably
13 the fight that we -- he -- he had I have prior to us
14 getting the test results, that would have been the
15 -- the biggest discussion that he and I had.  I
16 came back to talk to his mom a couple times just to
17 update her as to transportation should be here
18 soon.  There is also -- because of spasms were
19 happening, I had already called over to the
20 hospital and had a discussion with the charge doc
21 at that time, which would have been Dr. Jamil
22 Madati, M-A-D-A-T-I.

**39**

1    Q    I'm sorry, Jamil?
2    A    Jamil Madati I think is going to be his
3 last -- M-A-D-A-T-I.
4    Q    M-A --
5    A    D-A-T-I.
6    Q    D-A-T-I.
7    A    He would have been the charge doc at that
8 time, and that's when I made the decision that I
9 didn't think he was stable enough to go to the
10 floor, and because he was having these spasms that
11 I was actually witnessing, I needed him to be
12 further evaluated before making the decision to
13 send him to the floor.
14       Dr. Madati agreed that he would bring him
15 to the emergency room and they would evaluate him
16 and make a decision whether or not he was stable
17 enough to go to the floor and/or if the spasms were
18 happening and they were concerned about his
19 clinical picture, they would then have sent him to
20 the intensive care unit.
21    Q    Is there a note regarding your discussion
22 with Dr. Madati?

**40**

1    A    There is not.
2    Q    What else do you recall that's not
3 documented?
4    A    I believe there's documentations of the
5 orders that I made to -- for getting the -- if you
6 look at -- I don't recall which page, but there are
7 orders for the oral OraSure was to be done, HIV
8 test that was to be done.
9       MS. DEESE: She said oral OraSure.
10       THE WITNESS: OraSure, yeah,
11 O-R-A-S-U-R-E.
12 BY MS. EVANS:
13    Q    Could you find that for me?
14       MS. DEESE: Do you mind if I help her?
15       MS. EVANS:  No.
16       MS. DEESE: I'm not for sure what you're
17 looking for.
18       THE WITNESS: I'm looking for the HIV,
19 that paper.
20       MS. DEESE:  Are you talking about those
21 pages?
22       THE WITNESS: Yes, OraSure paper, yes.

Transcript of Sophia Smith, M.D.
Conducted on July 19, 2018

---

**57**

1     MS. DEESE: I need a break for comfort
2 when you get to one.
3     MS. EVANS: Okay, this is good.
4     (Recessed at 12:07 p.m.)
5     (Reconvened at 12:15 p.m.)
6     (Deposition Exhibit Number 6 was marked
7 for identification.)
8 BY MS. EVANS:
9    Q  Do you recall if the computers or the
10 electronic health record was down on October 3rd,
11 2014 at any point when you were providing medical
12 care to Mr. Williams?
13    **A  It was down that day, yes, that evening.**
14    Q  The entire evening?
15    **A  I don't recall the time frame.**
16    Q  And what was the procedure at Children's
17 National Medical Center if the computers were down?
18    **A  If the computers are down, normally the**
19 **— I'm not sure who this person — but all orders**
20 **that have been placed the night before or during**
21 **that period of time get put in I believe by the**
22 **nurse, or the charge nurse.  Laboratories are**

---

**58**

1 **supposed to been also put into the system.  And**
2 **then if you have started electronically, you try to**
3 **finish electronically, but if you don't get that**
4 **electronic submission in, then there's — they do**
5 **have paper charts.  I don't recall that night, if it**
6 **was a — if there were paper charts or not that**
7 **night given out, but it would have been during that**
8 **time for — if he was started electronically, he**
9 **would have maintained electronic submissions.**
10 **Anybody after then would have been on a paper**
11 **trail.**
12    **So for — for example, so Hellvon came in**
13 **before the computers went down, so everything at**
14 **that point you would try to do would be to try to**
15 **continue electronically after the computers come**
16 **back up.  So that would mean — it would be — it**
17 **would mean late submissions and late notes, so if**
18 **you had to go back into the computer after it came**
19 **back up.**
20    Q  And when you were -- if you had to make
21 the late submissions and the late entries, would
22 you identify them as late entries?

---

**59**

1    **A  I don't think there's any identifying**
2 **factor other than the time and date when you — you**
3 **submit them would show up, and that would indicate**
4 **what time you came back into the chart and put your**
5 **submissions in, but you don't — nobody ever says**
6 **late submission and documents.  They just start**
7 **documenting if they have the opportunity to put the**
8 **rest of their information in.**
9    Q  I don't remember who -- whose deposition
10 I took, but one of the doctors said that on -- on
11 some aspect of the electronic medical record, that
12 you could put in the date and the time.
13    **A  If you —**
14    Q  Is that accurate?
15    **A  If you remembered how to do that —**
16    Q  Uh-huh.
17    **A  — in terms of — and not everybody knows**
18 **how to do that.  There is a time and date you**
19 **submit — when you actually — when your -- when**
20 **you enter into electronic chart, the time and**
21 **date's there.**
22    Q  Uh-huh.

---

**60**

1    **A  If you know how to do it, you can go up**
2 **to the time and date and actually scroll to try to**
3 **reflect that date --**
4    Q  Uh-huh.
5    **A  -- and time.  That way it would kind of**
6 **flow into the chart.  Not everybody does that, and**
7 **is -- I don't think is -- and nobody's made it a**
8 **policy, but because you submit it, our thing is you**
9 **submit when you submit, and you, you know, put your**
10 **chart in and you sign and it's done, and people**
11 **would know -- you know, they can always come back**
12 **and ask why was your submission that late, and they**
13 **could look and know it was because there was no**
14 **computer access during that period of time.**
15    Q  Uh-huh.  Did you know how to do that?
16    **A  To --**
17    Q  To change the date and the time to
18 reflect the time that the care was given but not
19 the time that the late entry was made.
20    **A  I know I did that, yes.**
21    Q  Do you have a recollection one way or the
22 other as to whether or not you made any paper