**Children's National**

**WILLIAMS, HELLVON**

Encounter #:     1427602022

Admit Date:      10/4/2014                    Discharge Date:     10/5/2014

### Emergency Documentation

| | |
|---|---|
| UM C-Monocyte | Reference range: 3.4 to 12.3 |
| UM C-Monocyte | Unit: % |
| UM C-Eosinophils | 1.0 |
| UM C-Eosinophils | Reference range: 0.0 to 3.7 |
| UM C-Eosinophils | Unit: % |
| UM C-Basophils | 0.4 |
| UM C-Basophils | Reference range: 0.0 to 0.7 |
| UM C-Basophils | Unit: % |
| UM AB-Neutrophils | 6.9 |
| UM AB-Neutrophils | Reference range: 1.3 to 7.4 |
| UM AB-Neutrophils | Unit: K/CUMM |
| UM AB-Lymphocytes | 3.6 |
| UM AB-Lymphocytes | Reference range: 0.4 to 3.7 |
| UM AB-Lymphocytes | Unit: K/CUMM |
| UM AB-Monocytes | 1.1 |
| UM AB-Monocytes | Reference range: 0.1 to 1.2 |
| UM AB-Monocytes | Unit: K/CUMM |
| UM AB-Eosinophils | 0.1 |
| UM AB-Eosinophils | Reference range: 0.0 to 0.4 |
| UM AB-Eosinophils | Unit: K/CUMM |
| UM AB-Basophils | 0.1 |
| UM AB-Basophils | Reference range: 0.0 to 0.1 |
| UM AB-Basophils | Unit: K/CUMM |
| UMC Acc# CBC | Meditech Accession Number: 1003:H00088S |
| UMC Acc# CBC | Performed by United Medical Center, 1310 Southern Ave, SE, Washington, DC 20032, (202)574.6550. |

, Interpretation Labs unremarkable.

**Reexamination/ Reevaluation**

Re-examination/Re-evaluation:  Time 10/03/14 16:16:00, Course Unchanged.

Re-examination/Re-evaluation:  Time 10/03/14 17:47:00, Course Improving, pain down to 6 from 10; wants to take liquids po.

Re-examination/Re-evaluation:  Time 10/03/14 18:06:00, Course Unchanged, took some po but still c/o pain.

Re-examination/Re-evaluation:  Time 10/03/14 20:42:00, Course was planning on discharge but became lighheaded and nauseous.

**Addendum**

Note added 10/5/14 2130

Events subsequent to last entry:

After patient became faint on standing started IVF at 1 1/2 maintainence and got lab studies which revealed elevated liver enzymes and bilirubin. Arranged for admission for management of hepatitis. While awaiting transport patient had a sudden stiffening of entire body and tachycardia to the 140's. Event lasted about 45 seconds. He then went back to his baseline. During sign out to Dr Smith he had another sudden spasm of stiffening and complained of severe stabbing abdominal pain. Additional labs were obtained looking for any evidence of heart disease. EKG was also obtained.

| | |
|---|---|
| DOCUMENT NAME: | ED Note-Provider |
| DOCUMENT STATUS: | Auth (Verified) |
| RESULT DATE: | 10/4/2014 01:20 EDT |
| PERFORMED INFORMATION: | SMITH,SOPHIA RENYA MD (10/4/2014 01:22 EDT) |
| SIGN INFORMATION | SMITH,SOPHIA RENYA MD (10/4/2014 01:22 EDT) |

**Addendum**

Patient: WILLIAMS, HELLVON        MRN: 020356199        FIN: 1427602022

Age: **17 years**   Sex: **Male**   DOB: **02/13/97**

Associated Diagnoses: **None**

Author: **SMITH, SOPHIA RENYA MD**

In rare circumstances, the font on the printed documents may differ from the actual font chosen within the electronic medical record. Pleas page one for more detail.



Report Request ID:    4768157

Printed: 4/30/2015 13:33 E



EXHIBIT

6

CNMC ER -0199