UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 17-cv-445 (JDB) |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

**JOINT MOTION OF DEFENDANTS FOR CONTEMPT SANCTIONS REGARDING NON-PARTY DEPONENT ARTENAE BRITT**

Defendants, pursuant to Rule 45 of the Federal Rules of Civil Procedure, ask this Court to issue contempt sanctions against Artenae Britt. In support of this Motion, Defendants state as follows:

1. This is a medical malpractice case involving the October 5, 2014, death of 17-year-old H.W. At the time of his death, Artenae Britt was one of four people who had been known to be H.W.'s closest friends. Britt has been identified in the depositions of several other peers of H.W. as someone who has valuable information regarding H.W.

2. On August 10, 2019, at 5:17 p.m., Loqua Wade, process server with Same Day Process Service, Inc., served Britt with a subpoena, Notice of Deposition duces tecum, a check for witness fees, and an associated cover letter regarding her deposition on August 26, 2019. A true and accurate copy of the affidavit of Loqua Wade is attached hereto as Exhibit A.

3. On August 5, 2019, Defendants filed a motion to compel Britt to attend a deposition based upon a history of evading service of a prior subpoena and a failure to appear for a previously scheduled subpoena deposition. ECF. No. 65.

4. On August 8, 2019, the Court issued an Order compelling Britt to attend her deposition scheduled for Monday, August 26, 2019. ECF No. 68. As part of the Order, the Court mailed the Order to Britt's home address and instructed the Defendants to personally serve Britt with a copy of the Order.

5. Subsequent to the court's order, Same Day Process Servers made the following unsuccessful attempts to personally serve Britt with a copy of the Court's August 8, 2019 Order:

| Date and Time | Jobnum | Address | Event Type | Detail |
|---|---|---|---|---|
| 08/18/2019 at 19:03 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. |
| 08/16/2019 at 10:33 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door again. |
| 08/15/2019 at 19:04 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I arrived at the subject's address. There was no sign of the subject around or in front of residence. I knocked on the door but there was no response. I waited ten minutes and left. |
| 08/13/2019 at 18:49 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I have not seen the subject and there has not been any movement at this time. |
| 08/13/2019 at 18:39 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. |
| 08/13/2019 at 10:07 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | As of the time of writing this, the subject has not come out, and there has not been any more activity to or from the address. |
| 08/13/2019 at 08:27 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I'm still sitting and waiting for the subject to come out but there is no sign of her. The Mazda SUV just came back. The man and the child are the only two who exited the vehicle. They went back into the address. |

| 08/13/2019 at 07:30 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | Another woman, who is probably in her mid-forties, came outside and got into a gray Nissan Altima. There still has been no sign of the subject. |
| --- | --- | --- | --- | --- |
| 08/13/2019 at 07:25 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I saw a male in his late twenties and a woman, maybe in her forties, come outside with a young child and get into a black Mazda SUV with DC tags gb8 442. They drove off. No one else came outside and there is still no sign of the subject yet. |
| 08/13/2019 at 06:05 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | When I arrived at the address provided, I saw that there are no lights on the inside of the address. There has been no movement so far. |
| 08/08/2019 at 07:28 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I received no response from knocking. I did not see any movement. I marked the door accordingly. |
| 08/07/2019 at 21:39 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | All lights are on in front of the home. No response to knocking. I marked the door accordingly. Waited ten minutes and left. |
| 08/05/2019 at 08:36 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. |
| 08/04/2019 at 18:57 | 244529 | 3913 Burns Ct., SE Washington, DC 20019 | Attempt | I arrived at the address of the subject and was greeted at the door by a little boy and then an older man. They both stated that the subject was in and began to call her name. I waited by the door for about 15 minutes and she never came to the door. I was told that she must be sleep or she may not be here and stated that I should call her. He then stated that he was busy playing video games and closed the door. |

6. In August 23, 2019, Defendants instructed the process server to post a copy of the Order on the door of Britt's residence where she had been personally served twice.

7. On August 25, 2019, a process server posted a copy of the court's order on Britt's door. A true and accurate copy of the affidavit of Rene Rivas is attached hereto as Exhibit B.

8.  On August 26, 2019, Britt failed to appear as directed by the subpoena and this Court's Order for her deposition and made no effort to call to reschedule or otherwise explain the reason for her absence.

9.  For the foregoing reason, Defendants respectfully request an order holding Artenae Britt in contempt for her repeated failures to appear for a deposition in this matter despite being served with two separate subpoenas for same and despite this court's order compelling her to appear on August 26, 2019 for a deposition.

10. For the foregoing reasons, Defendants also respectfully request and limited extension of fact discovery so that they may take Britt's deposition.

WHEREFORE, for the reasons set forth in this Motion, Defendants request this court issue an order holding Britt in contempt under Rule 45(g), and for any and all other relief deemed appropriate under the circumstances.

Respectfully submitted,

By: __/s/Crystal S. Deese_____
CRYSTAL S. DEESE (#454759)
EDWARD J. SEDLACEK (pro hac vice)
Jackson & Campbell, P.C.
1120 20th Street, NW
Suite 300 South Tower
Washington, DC 20036
cdeese@jackscamp.com
esedlacek@jackscamp.com
*Attorney for Children's National Medical Center*

SCOTT L. SROKA, ESQ.
Assistant United States Attorney
Scott.Sroka@usdoj.gov
*Attorney for Defendant*
*United States of America*


SEAN M. FLAIM #1035547
Office of the General Counsel
U.S. Dept. of Health and Human Services
sean.flaim@hhs.gov
*Of Counsel*


## LCvR 7 CERTIFICATION

Pursuant to LCvR 7(m) and before Defendants filed this motion, Defendants emailed a copy of the proposed motion to Plaintiff's counsel and followed up with a phone call. Plaintiff's counsel informed Defendants that she was not yet able to confirm a position on the motion.

*/s/ Edward J. Sedlacek*
Edward J. Sedlacek

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIQUE WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 17-00445 (JDB) |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants. | : | |

## POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 45(g).

2. This Court's inherent authority.

3. The record herein.

*/s/ Crystal S.Deese*
Crystal S. Deese

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2019 a copy of the foregoing Motion and Points and Authorities was filed and served via the court's electronic filing system upon:

Scott L. Sroka, Esq.
Assistant United States Attorney
Scott.Sroka@usdoj.gov
*Attorney for Defendant*
*United States of America*

Sean M. Flaim #1035547
Office of the General Counsel
U.S. Dept. of Health and Human Services
sean.flaim@hhs.gov
*Of Counsel*

Crystal S. Deese(#454759)
Edward J. Sedlacek (pro hac vice)
Jackson & Campbell
cdeese@jackscamp.com
esedlacek@jackscamp.com
*Attorney for Children's National Medical Center*

Karen E. Evans
Rabiah Abdullah
The Cochran Firm
kevans@cochranfirm.com
rabdullah@cochranfirm.com
*Attorneys for Plaintiff*

Further, service of this motion was made via U.S. Mail to Artenae Britt at:

3913 Burns Ct., SE
Washington, DC 20019

　　　　　　　　　　　　　　　　　　*/s/ Crystal S. Deese*
　　　　　　　　　　　　　　　　　　Crystal S. Deese

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE WILLIAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 17-0445 (JDB) |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion for Contempt Sanctions, and the Memorandum of Points and Authorities in support thereof, and good cause having been shown, it is this _____ day of September 2019, hereby

ORDERED that the Motion be, and the same hereby is, GRANTED; and

ORDERED that Artenae Britt is in contempt of court under Rule 45(g) and is subject to sanctions pursuant to her failure to appear for this deposition in this matter;

ORDERED that fact discovery shall be extended for the limited purpose of allowing defendants to take the deposition of Artenae Britt.

_____
United States District Judge

Copies to:

Artenae Britt
Karen E. Evans, Esq.
Rabiah Abdullah, Esq.
Scott L. Sroka, Esq.
Sean Flaim, Esq.
Crystal S. Deese, Esq. (by operation of CM/ECF)