### Richard A. Berg, M.D.
Suite 260; 2700 Quarry Lake Drive; Baltimore, Md. 21209
Telephone 410-585-2860; Facsimile 410-585-2862

Karen E. Evans, Esq.
The Cochran Firm; 1100 New York Avenue, N.W.
Suite 340; West Tower, Washington, D.C. 2005

**Re:  HW v Children's National Medical Center and USA**

Dear Ms. Evans:

Thank you for sending me records regarding HW, deceased.  I have reviewed the following:

### Medical records and data

1. Children's National Medical Center ER visits:  4/2/13-10/4/14
2. Children's National Medical Center Admission:  10/4/14-10/5/14
3. Unity Health Care Clinic Visits: 10/6/10-9/19/14
4. CNMC Labs
5. D.C. Medical Examiner's Office Autopsy Report and Amended Autopsy report and photographs
6. CNMC Urine Culture and Sensitivities Report dated 8/ 08/2013
7. DC Fire and EMS records; 5/17/2014,9/23/2014,10/3/2014
8. MedStar Georgetown Surgical Consult Report 1/25/2017
9. Answers to Interrogatories from USA dated March 6, 2019
10. DC DOH and CDC Fact sheet Reported STDs in the United States 2013
11. DC DOH and CDC Fact sheet Reported STDs in the United States 2012
12. CNMC policy: "HIV Screening in the Emergency Department February 20 2014 EMTC PC
13. CNMC'S POSITION PAPER dated 9/10/2018
14. HAHFTA Form from DC DOH
15. CDC - STD Treatment Guidelines December 17, 2010

### Depositions received or reviewed:

Please see attached listing of depositions

### Medical literature:

1. Starting antiretroviral treatment early improves outcomes for HIV-infected individuals, <u>National Institute of Allergy and Infectious Diseases (NIAID)</u>,  May 27, 2015 New Release; <u>https://www.nih.gov/news-events/news-releases/starting-antiretroviral-treatment-early-improves-outcomes-hiv-infected-individuals</u>
2. The Centers for Disease Control and Prevention (CDC) updated recommendations for HIV testing by laboratories in the United States, June 26th, 2014



PLAINTIFF'S
EXHIBIT
*15*

3. **How to Recognize and Treat Acute HIV Syndrome,**
   *Am Fam Physician.* **1999 Aug 1;60(2):535-542.**
   https://www.aafp.org/afp/1999/0801/p535.html
4. The Systemic Inflammatory Response Syndrome (SIRS) in acutely hospitalized medical patients: a cohort study, Scand J Trauma Resusc Emerg Med. 2009; 17: 67., Published online 2009 Dec 27. doi: 10.1186/1757-7241-17-67
5. http://www.jrheum.org/content/36/3/655  Review of deaths from syphilis.
6. http://i-base.info/guides/testing/what-is-the-window-period  Time for serology to turn positive (window period)
7. https://www.fda.gov/vaccines-blood-biologics/approved-blood-products/information-regarding-oraquick-home-hiv-test
8. https://www.catie.ca/en/fact-sheets/testing/hiv-testing-technologies  Insti HIV test
9. https://www.whitehatcom.com/Alere/HIV_Update_R_Benavides_112618.pdf  Review of multiple tests and algorithm
10. https://link.springer.com/article/10.1007%2Fs10067-010-1668-z
11. https://www.cdc.gov/std/stats14/syphilis.htm Links with syphilis statistics for 2014 as well
12. DC DOH and CDC Fact sheet Reported STDs in the United States  2013
13. DC DOH and CDC Fact sheet Reported STDs in the United States  2012
14. CDC 2010 STD Treatment Guidelines
15. Centers for Disease Control and Prevention Sexually Transmitted Disease Treatment Guidelines, Kimberly A. Workowski, Stuart M. Berman, Clinical Infectious Diseases, Volume 53, Issue suppl_3, 15 December 2011, Pages S59– S63, https://doi.org/10.1093/cid/cir694
16. District of Columbia, Department of Health HIV/AIDS, Hepatitis, STD, and TB Administration (HAHSTA). 2012 Annual Epidemiology & Surveillance Report, Data through December 2016.
17. Brown D. L. & Frank J. E. Diagnosis and management of Syphilis, Am Fam Physician. 2003 Jul 15; 68(2):283–290 (2003).
18. https://www.cdc.gov/std/syphilis2012/DC12.pdf
19. Tindall, B. , Swanson, C. , Cooper, D. A. and Donovan, B. (1989), Sexual practices and condom usage in a cohort of homosexual men in relation to human immunodeficiency virus status (for editorial comment, see page 305; see also pages 309 and 314). Medical Journal of Australia, 151: 318-322. doi:10.5694/j.1326-5377.1989.tb128469.x
20. Poster #565: Estimated time from HIV infection to earliest detection for 4 FDA approved Point of Care tests, Stekler

## My Educational Background and Experience:

I am a board certified internist and board certified infectious disease specialist. My *curriculum vitae* and fee schedule are attached.  I am a graduate of Williams College and Cornell University Medical School. I was an intern at Johns Hopkins Hospital and completed a residency at Barnes Hospital in St. Louis, Mo. Thereafter I was an LCI/NIAID clinical and research fellowship

program for those interested in pursuing academic careers in infectious diseases. I am a member if the Infectious Disease Society of America. I have been honored over the years to be listed among Baltimore Magazine Top Doctors and recognized by Town & Country Magazine (2000) Best Internists of America. I have been in the private practice of medicine since 1980 and my practice includes Infectious Disease and Internal Medicine. I will offer opinions based upon my education, training, experience and knowledge of any relevant literature and my review of HW's medical records and other discovery materials produced in this case.

**Summary of Events:**

 HW was born in 1997.  He initially presented to Unity Health Care Clinic, at age 13 years, on 10/6/10, complaining of blood in his urine and a burning sensation, with urinary frequency. He was evaluated by Abayomi Hendje, M.D., who diagnosed HW with a urinary tract infection (UTI). Dr. Hendje prescribed an oral antibiotic (Macrobid.)

HW presented again to Unity Health Care Clinic on 7/23/12, giving a history of sexual activity with females and requesting STD testing. He was seen by Andre Douglas, NP. HW denied symptoms, but "Just wants to make sure he is clear." An HIV "Rapid test - oral swab" test was done and was negative. Chlamydia and gonorrhea tests were likewise negative.

On 3/19/13, HW presented again to Unity Health Care Clinic giving a history of high risk sexual activity – male having sex with males – MSM. HIV testing was done on 7/23/12 and 9/10/14 by Unity providers. However, no syphilis testing was done on 3/19/13. In fact, no syphilis testing was ever done by any of the Unity Health Care providers, despite HW's continued reporting of being MSM, and despite his subsequent history of having a diffuse rash, throat pain, fevers, severe headaches, and abdominal pain.  Evidently, no plans were made by Unity for periodic syphilis and other STD testing, despite HW's repeatedly documented history of being MSM.

On 4/2/13, HW presented to the CNMC ER, complaining of a diffuse rash. No sexual history was taken. HW was diagnosed with an allergic reaction, given oral Benadryl, and discharge instructions included to follow up with "Yousuf Dawood, M.D."

HW presented again to the Children's National Medical Center ER (CNMC ER) on 8/5/13, complaining of abdominal pain; he was hyperventilating (respiratory rate in ER of 36), he was also noted to be febrile at 102 degrees F in the ER, tachycardia of 119, and provider Sophia Smith, M.D. noted he had dysuria. He also had not been able to move his bowels, despite being given a laxative, per his mother's report. Dr. Smith diagnosed HW with abdominal pain, constipation, and a UTI and sent a culture of his urine. Dr. Smith noted that she would give HW's mother a prescription for an antibiotic (Cipro) to "hold", noting that she "will call and let her know if culture positive." The urine culture revealed growth of enterococcus faecalis. There is no documentation that Dr. Smith notified HW's mother of this positive urine culture.

HW again presented to the CNMC ER on 5/17/14, at age 17 years old, with abdominal pain, constipation, anxious and hyperventilating.   The abdominal pain was diffuse right upper quadrant and right lower quadrant pain.  He complained of not being able to have a bowel movement in over a week. Provider Moshen Saidinejad, M.D. evaluated HW on this date. HW's

social history was documented as "Not significant." HW  was given enemas and a laxative. No accurate history was ever elicited by the CNMC ER providers regarding HW's ongoing high risk sexual activity.

This young man returned to the same emergency room on 9/21/14 with 3 days of headache, abdominal pain, sore throat, pain with eating, and fever.  He was seen by James Martin, M.D., who noted complaints of headache, fever, throat pain, abdominal pain. Social history was listed as "Not significant." On exam, his throat was erythematous, with 2-3 plus tonsils with exudate, and mild submandibular lymphadenopathy. Rapid strep test was negative. He was felt to have streptococcal pharyngitis based on the history of fever, pharyngeal appearance and exudates, and was given oral penicillin V K  500mg po BID times 10 days.   No throat culture was sent, despite the Lab Report recommendation to perform one when the streptococcal screen is negative.  Had HW been admitted to the hospital on 9/21/14, and a thorough work-up been initiated, his syphilis infection and his acute HIV retroviral syndrome, caused by HIV infection, would have been diagnosed, appropriate treatments would have been given, and HW would have survived.

HW was brought once again to the CNMC ER via ambulance early on the morning of 9/23/14, two days after his recent 9/21/14 ER visit. He complained of  a frontal, thumping headache times 4 days, and periumbilical, non-radiating abdominal pain.  He had taken one dose of the penicillin VK orally by this  time.  Now, he had a temperature of 38.5 C (101.3 F.)  Dr. Alexandra Cheri Rucker evaluated HW on this date.

 On oral exam, she noted that HW had "3+ tonsils, erythema with exudate and ? ulcer." Multiple Labs were ordered, as well as a heterophile antibody screen (test for mononucleosis) and a repeat streptococcal antigen test was done,  both of which were negative.  Dr. Rucker noted that HW's physician was *"Eastern School Based Health Center (Unity)."* Mention is made of no sick contacts, but no social history was taken.  Numerous laboratory tests performed were abnormal; repeat Labs indicated *other* Lab abnormalities. Dr. Rucker also noted that patient complained of "dizziness with standing/walking." Although her differential diagnoses included meningitis, she wrote that meningitis was "less likely" and took no steps to rule out meningitis or other viral infections. She gave HW two liters of Normal Saline for dehydration, Reglan IV, Tylenol, Toradol IV, ibuprofen, and Benadryl, diagnosed him with "migraine", and discharge instructions were to follow up with Unity in "two days – 9/25/14."

Notably, Dr. Rucker did not call any provider at Unity to obtain more information on this 17 year old male who was febrile, had a "fever of unknown source" (per the discharge papers), had complained of a headache for four days, had an abnormal physical exam, with a **second** negative strep test as well as negative mono test, was dehydrated, and had unexplained abnormal Labs.

Had HW been admitted to the hospital on 9/23/14, and a thorough work-up been initiated, his syphilis infection and his acute HIV retroviral syndrome, caused by HIV infection, would have been diagnosed, appropriate treatments would have been given, and HW would have survived. However, HW was instead discharged home; Dr. Rucker's discharge papers stated HW was to follow up with "PCP Yousuf Dawood" as needed.

HW returned to the CNMC ER for the third time on 9/29/14 complaining of headache, a pain scale of 8/10, fever for three days, per Triage nurse, with further Triage history of having been seen at CNMC ER on 9/23/14, with a diagnosis then of "migraines and fever without a source". The RN systems assessment noted vomiting two days prior and also complaints of generalized abdominal pain.

The physician ER provider was listed in the EMR as Moshen Saidinejad, M.D. although Dr Sophia Smith testified at deposition that she recalled that Dr. Saidinejad asked her to see HW. Dr Smith testified that she ordered Tylenol 650 mg po STAT. Dr. Saidinejad's Note states HW had had "3 episodes of emesis in past 3 days but no fever [sic] or vomiting [sic.]." I did not see any notes by Dr. Smith.
In the Review of Systems, Dr. Saidinejad documented dizziness, but also wrote "denies fever", despite the Triage documentation of "fever x 3 days." The ER provider again inaccurately wrote "no vomiting" under GI symptoms. Social history was recorded as being "Not significant." There was no mention by Dr. Saidinejad of HW's previous two CNMC ER visits. On skin exam, the physician recorded "dry tongue and mucous membranes", yet in his exam of ear, nose, mouth and throat, he documented "oral mucosa moist." HW was started on the migraine pathway and given a 1,000 cc bolus of normal saline, IV Reglan, IV Toradol, and 650 mg oral Tylenol. His history of "fever without a source" was not addressed. No Lab tests were ordered during this third ER visit dated 9/29/14. HW was sent home a third time and told to see the neurology clinic in follow up, as well as "PCP follow up."

Had HW's signs and symptoms been thoroughly evaluated during this third CNMC ER visit dated 9/29/14, with appropriate Labs, accurate history, appropriate work up and consults, his syphilis and acute HIV infections would have been diagnosed and treated timely, thus preventing his death. Instead, he was sent home.

HW returned for the **fourth time** to the CNMC ER the next day, on 9/30/14, , with complaints of head and stomach pain for two weeks, fever, and this ER visit was documented to be his fourth visit for this same episode of illness. At Triage, "pain all over" with a pain scale of 10/10 was noted. He had no fever, but had a respiratory rate of 22/minute. He is listed as taking penicillin, as in previous visit. The ER physician, Dr. Susan Cohen, recorded 11 days of headache, constant and course worsening, associated with vomiting but not with fever. It is said he had diffuse abdominal pain, and fourth visit for this illness. Once again, social history is said to be "not significant" He had bilateral throat (pharynx) erythema and generalized abdominal tenderness with moderate guarding. Head CT scan without contrast was normal. HW was discharged home, for the fourth time, and advised to follow up in the Neurology Clinic in "2-4 weeks."

He came back to CNMC ER on the afternoon of 10/3/14 after vomiting for two days, in another visit for the same general symptoms. He was given two fluid boluses; the ER physician was preparing to discharge HW again; but HW passed out when standing. With abdominal pain, he could not take anything orally, with moderate diffuse abdominal pain associated with nausea and vomiting. He had high pitched bowel sounds. As before, his neck was supple. With further laboratory testing, his white count was elevated at 11,800, and he was admitted with elevated liver function tests. His creatine kinase was elevated at 473 (normal 46-164.). An oral swab

(OraSure) for HIV antibodies was positive, which was not divulged to HW that evening of 10/3/14. The decision was made to admit him.  Sed Rate done at 23:25 on 10/3/14 was elevated at 60 (normal 0-10.)  While awaiting transport to the main campus for admission on the night of 10/3/14, HW experienced the first of numerous episodes of muscle stiffening associated with tachycardia and severe pain.

On admission, his mother reported temperature had gone as high as 102 F., and her son had been increasingly weak with dizziness, headache and intermittent substernal chest pain.  With admission, he had elevated transaminitis, hypoalbuminia, hypocalcemia and a faintly positive OraSure rapid HIV test and confirmed with a positive ELISA HIV test.  He was questioned in private regarding his social history, he denied being sexually active, denied drug use and denied ethanol use.  He did note that he was tested for HIV and STD's in school two weeks earlier, and the results had been negative. It was assumed that HW's muscle spasms and tachycardia were due to HW experiencing a conversion disorder due to his being tested for HIV two weeks prior at school, which was not an accurate assumption.

He also continued having severe headache and abdominal pain during his admission. He was given no narcotics whatsoever for his pain after 10/3/14 at 21:18 on the night of 10/3/14. On 10/4/14 he was incontinent several times.

Repeat Labs done at 01:01 on the morning of 10/5/14, but apparently not available as of the time of his Code, revealed a WBC of 26.96, Bands 16%, percent Segs low at 30%, 27% Reactive Lymphs, and Sed Rate of 127 (normal 0-20.) His creatine kinase had also risen further to 1399 (normal 34-147 in CNMC main campus lab.)  This high creatine kinase is evidence of rhabdomyolysis, a very painful condition, which was most likely caused by his untreated infection.

Early on the morning of 10/5/14, this 17 year old young man had acute apnea, unresponsiveness, bradycardia, then wide complex rhythm, eventually PEA,  and died.  Postmortem syphilis serology (RPR) was 64 and 128, confirmed by florescent treponemal antibody IgG. His HIV viral load was greater than 10,000,000 copies.

The District of Columbia Medical Examiner amended autopsy listed cause of death as sudden death due to myocarditis and cerebral vasculitis complicating syphilis, with human immunodeficiency virus as a contributing cause of death. The histology revealed the following:

HEART:   patchy perivascular mixed chronic inflammation, slight to moderate; focal interstitial myocarditis, slight

LUNG:   Diffuse Vascular Congestion, moderate to marked

LIVER:   Diffuse Vascular Congestion, slight with focal chronic triaditis…

BRAIN:   Patchy vascular mixed chronic inflammation (lymphoplasmactic), moderate involving the small and medium vessels-focal arachonoid involvement. Special stains focal positive for spirochetes. Control stains satisfactory.

I believe violations of the standard of care by CNMC and Unity Health directly led to HW's untimely death from syphilitic angiitis in the setting of an acute retroviral syndrome from HIV infection and its sequella. Neurosyphilis can occur in any stage of syphilis. Absent the

negligence of CNMC and Unity Health, HW would have been timely and appropriately tested, diagnosed and treated, and his life expectancy would have been normal.

In my opinion, HW's acute illness for which he was seen at Unity Health and CNMC Emergency Department in September 2014 and on October 3, 4, 2014, was consistent with the acute retroviral syndrome (ARS) due to recently acquired HIV infection in a setting of Syphilis. It is my opinion that the Unity Health and CNMC ED's failure to treat HW's dual infections of HIV and syphilis contributed to HW's acute illness and death.

I believe HW likely acquired HIV in August of 2014 and certainly after May 2014, given the negative point of care tests on 5/17/2014 and September 10, 2014, faintly positive HIV oral swab on 10/3/2013 and HIV confirmatory test results thereafter.

Most likely, HW had exposure to and became infected with syphilis in 2013 or 2014, but was never tested until just before his untimely death. This is supported by HW's 2013 medical history of MSM, visits to CNMC for a rash, then UTI caused by enterococcus faecalis in his urine, etc. In 2014, HW was found to be positive for Syphilis (syphilis serology (RPR) was 64 and 128, confirmed by florescent treponemal antibody IgG). These serology results indicate that HW had syphilis for 30+ days prior to dates of the RPR and confirmatory testing.

It is also my opinion that HW's headaches, abdominal pain, dehydration, off and on fevers, liver damage, abnormal EKG findings, abnormal liver function tests, painful shaking of his legs and arms, low glucose, elevated white blood cell count, abnormal potassium levels, bradycardia, cardiac arrest, pain, suffering, fear, anxiety he experienced during the last few weeks of his life, including during his admission to CNMC, were the result of the failures of care by the doctors and nurse practitioners who were responsible for HW's care in 2013 and 2014.  HW was not able to be successfully resuscitated when he coded because he was severely acidotic, hypoglycemic, and hyperkalemic which was not discovered and treated timely because the lab results were not initially available.

Syphilis and HIV are both treatable diseases.  Sexually transmitted infections (STIs) cause significant morbidity and mortality in the United States annually.  Half of the 19 million new annual infections occur in persons 15 to 24 years of age.  The United States Preventive Services Task Force has stated men at increased risk ought to be screened routinely for syphilis and for HIV, because both diseases can be treated effectively with chemotherapeutic agents, avoiding mortality and reducing morbidity (http://www.uspreventiveservicestaskforce.org and Ann Fam Med, 2004 Jul; 2(4): 362-365).  It then becomes most important to question adolescents and young adults about their sexual history and the risk of that behavior.

 Taking a sexual history is an important part of any encounter with an adolescent, since as many as 1 in 4 teens may have an STI.  This history helps to identify what anatomic sites to screen and educates these young people about how to make more informed decisions about their sexual activities.  Dr. Gail Bolan has written about this in Medscape as Director of the Division of Sexually Transmitted Disease Prevention at the Centers for Disease Control and Prevention. HW  was never questioned effectively about his social and sexual history, including any contacts that he may have had, leading to evaluation for HIV and syphilis.

(http://www.medscape.com/viewarticle/743130)  Dr. Bolan writes that when taking a teen's sexual history, it is important to speak to the parent and teen together, setting expectations, speak to the teen privately, reinforce confidentially to allow the teen to disclose sensitive information, avoid assumptions about patient sexual proclivity or partners, remain nonjudgmental, be concrete and specific and describe how screening tests will be delivered.  HW  was not interviewed until the day before he died, at a time when he was likely already not competent mentally.  For any teenager with progressive, unusual, undiagnosed, potentially infectious illness, leading to multiple emergency room encounters, inquiry into sexual history is important. Had appropriate treatment been provided to HW, more likely than not, he would have been successfully treated for syphilis and HIV; HW would have avoided the complications that developed due to lack of treatment. Specifically, he would have avoided progressive syphilitic angiitis, myocarditis, encephalitis/headache, and the metabolic derangements which in turn contributed to his cardiac arrest and contributed to the inability to resuscitate HW when he coded. I hold each of these opinions to a high degree of medical probability.

There were multiple missed opportunities to have diagnosed his syphilis infection.  Diagnosis and treatment of syphilis would have killed existing *Treponema pallidum,* the bacteria which causes syphilis and stopped replication of *Treponema pallidum*, reduced the potential for disease progression, and rendered him non-infectious to others. His symptoms from syphilitic angiitis and resulting complications which contributed to his death likely would have been avoided had he been treated for syphilis.  There are numerous publications regarding the rapid efficacy of penicillin therapy for syphilis in HIV positive patients. (Journal of Infectious Diseases 1991: 163: 1201-1206; the New England Journal of Medicine 1997; 337: 307-314; New England Journal of Medicine 331; 1469-1473; New England Journal of Medicine 1994; 331: 1516-1517.) Likewise, there were missed opportunities to treat the HW's symptoms, monitor his laboratory findings and treating for dehydration, hypoglycemia, hyperkalemia, acidosis etc.  However, HW was never treated for syphilis or acute HIV. Without treatment, he had no opportunity to survive these infectious diseases and the resultant complications.

I believe that the CNMC providers failed to recognize the severity of HW's condition in September and 10/3/2014 and 10/4-5/2014, which delayed escalation of care which contributed to the missed diagnosis and missed opportunities to treat HW resulting in his death. Had an infectious disease consultant, been called appropriate treatment would have been rendered based upon the laboratory data and HW's condition. He would have been treated for pain. He would have been monitored with appropriate laboratory testing and LP, as indicated performed. He would have received supportive treatment to address the infections, including Benzathine PCN, by injection. Benzathine PCN is not available as a pill, or my mouth. An infectious disease consultant would have included ARS and STDs on the differential diagnosis and HW would have been tested for Syphilis and HIV. The delay in the escalation of care led to worsening of HW's clinical condition, including metabolic derangements, ultimately leading to severe hypoglycemia, severe acidosis, hyperkalemia, hypocalcemia, the code event, and his death on October 5, 2014.

The records from 10/3/2014 and 10/4/2014 reveal that HW's pain was not appropriately or sufficiently treated with the NSAID, Toradol.  CNMC doctors ordered Valium and Ativan

instead, which would not alleviate or treat HW's pain and caused HW to unnecessarily experience pain and suffer needlessly. HW did not have a conversion disorder in my opinion.

In my opinion, HW death was preventable and unnecessary. With timely diagnosis and treatment, he would be alive today.

I hold all opinions expressed in this report with a reasonable degree of medical certainty.

Sincerely,

Richard A. Berg, M.D.

Deposition transcripts and Deposition Excerpts Received

1. Eiman Abdulraham, M.D.

2. Gillian Abrams, M.D.

3. Erin Augustine, M.D.

4. Kumasi Chad Baraka Wilson (Children's National Medical Center corporate designee)

5. Joanna Cohen, M.D.

6. Rajesh Daftary, M.D.

7. Gabrina Dixon, M.D.

8. Rachelle El Helou, M.D.

9. Robert Felter, M.D.

10. Kathleen Ferrer, M.D.

11. Meredith Gibson, MSN, APRN, CPNP-PC

12. Morgan Greenfield, M.D.

13. James Martin, M.D.

14. Dulcie Miller (Children's National Medical Center corporate designee)

15. Sephora Morrison, M.D. (Children's National Medical Center corporate designee)

16. Sephora Morrison, M.D. (individually)

17. Alexandra Rucker, M.D.

18. Moshen Saidinejad, M.D.

19. Fareed Saleh, M.D.

20. Sophia Smith, M.D.

21. Joanna Tylak, M.D.

22. Angela Wratney, M.D.

23. Jane Crowder

24. Vincent Crowder

25. Link L. Davis, II

26. Samari Douglas

27. Kourtney Johnson-King

28. Paul Pearson

29. Shontae Pearson

30. Sakeena Pernell

31. Ernest L. Price

32. Shantielle Thomas (EMS responder)

33. Jalil Williams

34. Monique Williams

35. De'Aria Young

Cirriculum Vitae

Richard A. Berg, M.D.

Birthplace:  Gettysburg, Pennsylvania

Home Address:  P.O. Box 273
           Stevenson, Md. 21153-0273

Office Address:  Suite 260; 2700 Quarry Lake Drive; Baltimore, Md. 21209

Office Telephone & Fax:  410-585-2860; 410-585-2862

Office e-mail:  drsbergwen@gmail.com

Marital Status:  Married to Julia Y. Wen, M.D. 6/28/78

Children:  Edward Berg;
       Alice Berg

Citizenship:  U.S. Citizen

Education:  1964-1967 Deerfield Academy, Deerfield, Mass.
        1967-1971 B.A., Williams College, Williamstown, Mass.
        1971-1975 M.D. Cornell University Medical School, N.Y.C., N.Y.
        1975-1976 Medical intern, Johns Hopkins, Baltimore, Md.
        1976-1977 Medical resident, Barnes Hospital, St. Louis, Mo.
        1977-1980 Fellow LCI/NIAID, NIH, Bethesda, Md.

Boards:  Internal Medicine, 1978
     Infectious Diseases, 1980

Honors:  Golden Apple, Sinai Hospital of Baltimore, 1983
     Top Doctors, Baltimore Magazine, 1997, 2000, 2003, 2005, 2007, 2010
     Best Internists of America, Town & Country Magazine, 2000

Societies:  Infectious Disease Society of America

Present Position:  1980 – Present, Private practice in Baltimore, Md.

Current Hospital Affiliations:  Sinai Hospital of Baltimore

Licensure:  Maryland, since 1978

Board Certified:  American Board of Internal Medicine for both Internal Medicine (1978) and for Infectious Diseases (1980)

Publications:
1. Corynebacterium equi Infection complicating neoplastic disease, Am.J.Clin.Path., July 1977, 73-77.
2. Detection of Candida antigen in the sera of patients with Candidiasis by an ELISA inhibition technique, J.Clin.Micro., July, 1979, 116-120.
3. Enzyme-linked immunoassay (ELISA) for connective tissue components, Anal.Biochem, May, 1980, 205-214.
4. New enzyme immunoassays for measurement of Influenza A/Victoria/3/75 virus in nasal washes, Lancet, April, 1980, 851-853.
5. Fluorometric assay for measurement of viral neuraminidase—application to the rapid detection of Influenza virus in nasal wash specimens, J.Inf.Dis., October, 1980, 516-523.
6. Use of ELISA inhibition techniques for typing Streptococcus pneumoniae, J.Cl.in.Micro.
7. Osteomyelitis. The Johns Hopkins Medical Grand Rounds Tapes, volume X, Program 1, 1983.
8. AIDS in a hospital worker, Lancet, March 24, 1984, 676.
9. Case report 291, diagnosis of Candida discitis and vertebral osteomyelitis from hematogenous spread, Skeletal Radiology, volume 12, 1984, 284-287.
10. Vasculitis in a suspected AIDS Patient, Southern Medical Journal, volume 79, 1986, 914.
11. Impaired immune response of splenectomized patients to polyvalent pneumococcal vaccine, Lancet, April 11, 1981, 804-807.
12. Erysipelothrix rhusiopathiae, Southern Medical Journal, volume 77, 1984, 1614.
13. Candida glabrata meningitis, Southern Medical Journal, volume 79, 916.
14. Periprosthetic joint infections, Lancet, June 28, 2015

Richard A. Berg
P.O. Box 273
Stevenson, MD  21153

## **FEE SCHEDULE**

Review of records, consult with attorney:    $400/hr

Deposition testimony:    $500/hr

Trial testimony:    $500/hr

## LEGAL CASES SINCE 2016

Yenita Owens
    Thomas C. Cardaro, Esq.
    Cardaro & Peek, L.L.C.
    210 N. Charles St.; Suite 2100
    Baltimore, Md. 21201
    410-752-6166

Teshima Walker, deceased
    Kerry D. Staton, Esq.
    Kerrie Thomas, paralegal
    Schochor, Federico and Staton, P.A.
    1211 St. Paul St., Baltimore, Md. 21202
    410-234-1000

Rebecca Tims
    Nancy Kessler
    Salsbury Clements Bekman Marder & Adkins, L.L.C.
    300 W. Pratt St., Suite 450
    Baltimore, Md. 21201
    410-539-6633

Atul Jai
    Christian Lodowski, Esq.
    100 West Road, Suite 300
    Towson, Md. 21204

Robert Murphy
    Michelle M. Fowler, Paralegal (Mr. Rockwell)
    THE SHEPARD LAW FIRM, LLC
    1406B Crain Highway South, Suite 102
    Glen Burnie, MD 21061
    Phone: 443-354-3651
    Facsimile: 443-773-1922
    Email: MFowler@ShepardLF.com

Clark, et.al. v. Your Doc's In, et.al. (Beatrice Clark)
    Gilbert F. Shelsby, Jr., Esq.
    Shelby & Leoni, P.A.
    221 Main St., Wilminton, Del 19804
    302-995-6210

Duane Dailey
    Armand Leone, Jr., M.D., J.D.
    Britcher, Leone & Roth, L.L.C.
    175 Rock Road
    Glen Rock, N.J. 07452
    201-444-1644
    law@medmalnj.com

Madeline Sparks
    Nancy L. Kessler, R.N., M.S.
    Salsbury Clements Bekman Marder & Adkins, L.L.C.
    300 W. Pratt St., Suite 450
    Baltimore, Md. 21201
    410-539-6633

Isaiah Cannon, Minor, v. Richardson, Bullis and Patient First
    Erika Sneeringer, Paralegal
    Brian M Switzer
    Schochor, Federico and Staton, P.A.
    1211 St. Paul St., Baltimore, Md. 21202
    410-234-1000

Frantz v. Lerner, M.D.
    Frederic C. Heyman, Esq.
    201 N. Charles St., Suite 500
    Baltimore, Md. 21201
    410-727-2168

Earline Brown, deceased
    Bruce Bender, Esq.
    Axelson, Williamowsky, Bender and Fishman, P.C.
    1401 Rockville Pike, Suite 650
    Rockville, Md. 20852
    301-424-0124

Denise Collins
    George Phillips, MD, JD
    Gautreaux & Sizemore
    778 Mulberry St.
    Macon, Georgia 31201
    478-238-9758
    (Kristy Horn, Paralegal)
    george@gstriallawyers.com

Alice Whitaker
    Veronica Moon (Paul D'Amore, Esq.)—Mike Sanders, Esq.
    D'Amore Personal Injury Law, L.L.C.

1910 Towne Centre Boulevard, Suite 250
Annapolis, Md. 21401
443-603-0355 (443-782-0700)
www.damoreinjurylaw.com

Harold Crump
**The Law Office of John A. Blazer**
Post Office Box 486
Fairfax, VA  22038-0486
703-795-5000
703-222-9399 (fax)
JohnBlazerLaw@gmail.com

Hannah Plein, deceased
Nancy Kessler, R.N. (Wendy Schiff, Esq.)
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street, Suite 450
Baltimore, Md. 21201
410-539-6633 (x3019)

Jacqueline Peyton
Frederic C. Heyman, Esq.
Bennett & Heyman, P.A.
201 N. Charles St., Suite 500
Baltimore, Md. 21201
410-727-2168

Joyce Jensen
George Phillips, MD, JD
Gautreaux & Sizemore
778 Mulberry St.
Macon, Georgia 31201
478-238-9758
(Kristy Horn, Paralegal)
george@gstriallawyers.com

Mondale Anthony Allen
Michael A. DeSantis, Esq.
Hartel, Kane, Desantis & Howie, L.L.P.
7467 Ridge Road, Suite 100
Hanover, Md. 21076-3118
443-749-5121
mdesantis@hartelkane.com

Erik Newell
Patty Stengel, Paralegal (Michael Sanders, Esq.)

D'Amore Personal Injury Law, L.L.C.
888 Bestgate Road, Suite 205
Annapolis, Md. 21401
443-543-8060

Charles Pearmon
Roger S. Weinberg, L.L.C.
502 Washington Ave., Suite 320
Towson, Md. 21204
410-825-3161
rsw@weinberglaw.com

Ralph Murray, et.al. v. John R. Senatore, D.P.M. et.al.
Philip C. Federico, Esq. (Erika Sneeringer)
Schochor, Federico and Staton, P.A.
The Paulton, 1211 St. Paul St., Baltimore, Md. 21202
410-234-1000

Thomas E. Lawrence, III
LAW OFFICES OF IAN MATTOCH
737 Bishop Street, Suite 1835
Honolulu, HI 96813

David M. Skeberdis
Allison D. Kohler, Esq.
Dugan, Babij, Tolley & Kohler, L.L.C.
1966 Greenspring Drive, Suite 500
Timonium, Md. 21093

Tara Hegde
June Mye, Paralegal
Brooks, LeBoeuf, Bennett, Foster & Gwartney, P.A.
909 East Park Avenue
Tallahassee, Florida 32301
850-222-2000

William Johnson
Chad K. Adams, Esq.
Davis Adams, L.L.C.
125 Clairemont Ave., Suite 515
Decatur, Georgia 30030
404-373-8466

Jeffrey Caroselli
Christian Lodowski, Esq.
100 West Road, Suite 300

Towson, Md. 21204

David T. Burdette, et.al. vs. Marriott International, Inc., et.al.
 Raymond S. Butler, P.A.
 400 Redland Court, Suite 110
 Owings Mills, Md. 21117
 410-753-3025

Robert Suryadeth, Deceased
 Jonathan E. Goldberg, Esq.
 Schochor, Federico and Staton, P.A.
 1211 St. Paul St.
 Baltimore, Md. 21202
 410-234-1000

Walter Chu
 Joseph Musso, Esq.
 Ashcraft & Gerel, L.L.P.
 Suite 650; 4900 Seminary Road
 Alexandria, Va. 22311
 703-931-5500

Rita Ferri
 Gilbert F. Shelsby, Jr., Esq.
 Shelby & Leoni, P.A.
 221 Main St., Wilmington, Del 19804
 302-995-6210

Lorraine Gilpin
 Jerry D. Spitz, Esq.
 Ashcraft & Gerel, L.L.P.
 Suite 700; 1825 K Street, N.W.
 Washington, D.C. 20006
 202-416-6322

Darlene Martin
 Scott P. Kurlander, Esq.
 Schochor, Federico and Staton, P.A.
 1211 St. Paul St., Baltimore, Md. 21201
 410-234-1000

Tressie Grier
 (Our File No. 126346-00002)
 Karl Protil, Esq. (301-230-6571)
 Shulman Rogers Gandal Pordy Ecker
 12505 Park Potomac Avenue, 6th floor
 Potomac, Md. 21854
 Sheila C. Colvin 301-230-5237

Edward McNair v. Dr. Jack
    Sandra H. Robinson, Esq.
    The Cochran Firm; 1100 New York Avenue, N.W.
    Suite 340, West Tower, Washington, D.C. 20005
     202-682-5800 (Theresa Burgess)

Trenity Marschel
    Dawn Cook, Leland Dempsey, Esq.—Jason Osteen, Esq.
    Dempsey & Kingsland, P.C.
    City Center Square; 1100 Main St., Suite 1860
    Kansas City, Missouri 64105
    816-421-6868

William Alexander
    Theresa Burgess (Sandra Robinson, Esq.)
    The Cochran Firm; 1100 New York Avenue, N.W., Suite 340
    West Tower, Washington, D.C. 2005
    202-682-5800, tburgess@cochranfirm.com

Knott v. Bowers, D.P.M.
    Gilbert F. Shelsby, Jr., Esq.
    Shelby & Leoni, P.A.
    221 Main St., Wilminton, Del 19804
    302-995-6210

Janice Hutley v. Peninsula Regional Medical Center
    Ashley A. Bosche, Esq.
    Cockey, Brennan & Maloney, P.C.
    313 Lemmon Hill Lane
    Salisbury, Md. 21801
    410-546-1750
    bosche@cbmlawfirm.com

Karla Lindsey
    George Phillips, Esq.
    Dozier Law Firm, L.L.C.
    327 Third Street; P.O. Box 13
    Macon, Georgia 31202-0013
    478-742-8441
    George@dozierlaw.com

Lisa Alexander
    Sandra H. Robinson, Esq.
    The Cochran Firm; 1100 New York Avenue, N.W.
    Suite 340, West Tower, Washington, D.C. 20005
    202-682-5800 (Theresa Burgess)

David Minotti
    Jess Davis, III, Esq.
    Davis Adams Medical Malpractice Lawyers
    P.O. Box 105603, #53621
    Atlanta, Georgia 30348
    404-373-8466

Eileen H. O'Neill
    Gregory A. Smith
    *Attorney at Law*
    The Law Office of Gregory A. Smith, LLC
    1600 Market St.
    Suite 1810
    Philadelphia, PA 19103
    P:  215-422-4100

Andrice Gittler

    Thomas Schiro, Esq.
    Belluck & Fox, L.L.P.
    546 Fifth Avenue, 4th floor
    NYC, NY 10036
    212-681-1575

    5/21/18—2.5 hours

John Hayes
    Francis J. Murphy, Esq.
    Murphy & Landon
    1011 Centre Road, Suite 210
    Wilmington, Delaware 19806
    302-472-8100 (302-528-6649)FMurphy@MSLLAW.com

Susan Savitch (Reines)
    Meg J. Hill, R.N., Paralegal
    Wharton Levin Ehrmantraut & Klein
    1033 Eaton Place, Suite 210
    Fairfax, VA 22030
    Telephone: 703.591.9700
    Fax: 703.591.0023
    mjh@wlekn.com