UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONIQUE WILLIAMS,<br>Individually and as Mother and Personal<br>Representative of the Estate of H.W., Deceased,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>　　　　　　*Defendants*. | Civil Action No. 17-0445 (JDB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the remaining parties to this action, Plaintiff, Monique Williams, and Defendant, the United States of America, hereby stipulate to dismiss this action with prejudice, each party to bear their own attorney fees, costs, and expenses, pursuant to the United States' and Plaintiff's settlement agreement executed in connection with this matter.

DATED:  June 16, 2021

**THE COCHRAN FIRM**

*/s/ Karen E. Evans*
Karen E. Evans, Esq. #426067
Rabiah Abdullah, Esq. #459984
1100 New York Avenue, N.W.
Suite 340 – West Tower
Washington, DC 20005
Telephone: (202) 682-5800
Fax: (202) 408-8852
kevans@cochranfirm.com

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Diana V. Valdivia*
DIANA V. VALDIVIA
D.C. Bar # 1006628
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for the United States of America*